

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2021

No. 04-21-00091-CV

**IN RE J&R SCHUGEL TRUCKING INC**., J&R Schugel Logistics Inc., J&R Schugel Holdings Inc., and Scott Briggs,

Original Mandamus Proceeding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

Relators' petition for writ of mandamus and emergency motion for temporary relief are denied. An opinion will be forthcoming.

It is so **ORDERED** on March 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court